ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA :
:
    - v. - :
: **NOTICE OF INTENT**
YULIN WU, : **TO FILE AN**
    a/k/a "Ah B," : **INFORMATION**
:
        Defendant. : 08 Cr.
:
- - - - - - - - - - - - - - - - x

**08 CRIM 441**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           May 15, 2008

                          MICHAEL J. GARCIA
                          United States Attorney

*JUDGE KEENAN*

        By: _____
            Lisa R. Zornberg
            Assistant United States Attorney

AGREED AND CONSENTED TO:

        By: _____
            Henry Steinglass, Esq.
            Attorney for Yulin Wu

NY
T
CALLY FILED
5/16/08

5/16/08 WHEEL A

TOTAL P.02