UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :          **WAIVER OF INDICTMENT**

           v.                     :

                                             08 Cr.
YULIN WU,                         :
     a/k/a "Ah B,"                           08 CRIM 441
                                  :
           Defendant.

                                  :
- - - - - - - - - - - - - - - - X

      The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

<br>

                                     _____
                                     Defendant

                                     _____
                                     Witness

                                     _____
                                     Counsel for Defendant

Date:     New York, New York          _____
          May 19, 2008                Interpreted by: Lily Lau

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____ MAY 1 9 2008

0202