

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-2008

**U.S. Department of Justice**

United States Attorney
Southern District of New York

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 20, 2008

JUN 20 2008

**BY FACSIMILE**

The Honorable John F. Keenan
United States District Judge
United States Courthouse
500 Pearl Street, Room 1930
New York, New York 10007
Fax: (212) 805-7911

Re:   United States v. Yulin Wu
      08 Cr. 441 (JFK)

MEMO ENDORSED

Dear Judge Keenan:

The above-referenced matter is scheduled for a pre-trial conference on Monday, June 23, 2008, at 2:30 p.m. Since our last appearance before Your Honor, the parties have discussed a possible disposition of the case in lieu of trial, and those discussions are ongoing. Given the status of those discussions, and the fact that at the conference scheduled for June 23, the parties would in essence ask the Court for additional time to continue those discussions, the Government and defense counsel jointly request that the Court adjourn the conference for a period of approximately 30 days, until some date during the week of July 21, 2008 or thereafter. Such an adjournment will permit the parties to continue their discussions regarding a possible disposition of the case. The Government also respectfully requests, with the consent of the defendant, that time be excluded under the Speedy Trial Act from the date of this letter until the adjourned conference date, in order to permit the parties to continue discussions regarding a disposition of this matter.

*Application granted.*
*The matter is set down*
*for July 22, 2008*
*at 10:50 am.*
*So ordered. John F. Keenan*
*June 23, 2008  U.S.D.J.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *Jenna M. Dabbs*
Jenna M. Dabbs
Assistant United States Attorney
(212) 637-2212

cc:   Henry Steinglass, Esq. (by facsimile)